IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOREN SCOTT BRATCHER,** | 2:09-cv-0261 JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN, et al.,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Respondent's March 23, 2009 request for a 60-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's answer is due on May 22, 2009; no further extensions will be granted.

Dated: March 26, 2009.

UNITED STATES MAGISTRATE JUDGE

/001;brat0261.eot

1